**Order entered December 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01123-CV

### IN THE INTEREST OF: A.B., ET AL., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-197-X-305th**

## ORDER

The reporter's record in this parental termination case is overdue. In October 2014, we ordered Pamela Sumler, the Official Court Reporter for the 305th Judicial District Court, to file the reporter's record no later than November 3, 2014. After that date passed and no reporter's record was filed, we ordered Ms. Sumler to file the record by November 24, 2014. On that date, the court reporter attempted to file an electronic document, but the document was not filed because it did not include a master index. By postcard dated November 24, 2014, we notified Ms. Sumler of this omission and directed her to file a corrected electronic document within three days. To date, Ms. Sumler has not responded.

Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file the reporter's record within **THREE DAYS**. We expressly **CAUTION** Ms. Sumler that failure to comply with this order or correspond with the Court regarding the

status of the reporter's record may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to the Honorable Cheryl Shannon, Presiding Judge of the 305th Judicial District Court; Pamela Sumler; and all parties.

/s/    ADA BROWN
        JUSTICE